Calvin R. House (Bar No. 134902)
calvin.house@gphlawyers.com
GUTIERREZ, PRECIADO & HOUSE, LLP
3020 East Colorado Boulevard
Pasadena, California 91107
(626) 449-2300

Attorneys for Defendant
COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER RICHARDS,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>  Defendants. | CASE NO. CV09-7657 DDP (OPx)<br>Assigned to Hon. Dean D. Pregerson<br><br>**DEFENDANT COUNTY OF LOS ANGELES' EX PARTE APPLICATION TO CONTINUE STATUS CONFERENCE FOR TWO WEEKS**<br><br>Status Conf.: August 25, 2011 |

Defendant, COUNTY OF LOS ANGELES applies ex parte to continue the status conference scheduled for August 25 for two weeks, or such other date thereafter as may be convenient for the Court. This request is necessitated by a delay due to vacation schedules in being able to discuss the matter with the supervising County Counsel on the matter, who will return to the office on August 29, 2011, after which we should be able to wrap the matter up on the County side in fairly short order. While defense counsel is available to attend the status conference as scheduled, going ahead with the appearance would consume the time of the Court and plaintiffs' counsel but be unproductive.

I have discussed the situation with plaintiffs' counsel Bert Voorhees, who does not oppose this request. Counsel are also available to discuss the matter with the

DEFENDANT COUNTY OF LOS ANGELES' MEMORANDUM OF CONTENTIONS OF FACT AND LAW

1  Court or the Court's clerk by phone, if the Court deems that appropriate. Calvin
2  House may be reached at 626-449-2300. Mr. Voorhees may be reached at
3  626-585-9611.

5  DATE: August 24, 2011                    **GUTIERREZ, PRECIADO & HOUSE, LLP**

7  By: ___/s/_____
   Calvin House
8  Attorneys for Defendant
   COUNTY OF LOS ANGELES

\\Server1\scandocs\00026461.000.WPD                    2

**DEFENDANT COUNTY OF LOS ANGELES' MEMORANDUM OF CONTENTIONS OF FACT AND LAW**