UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 09-07657 DDP (OPx)                                    Dated: December 9, 2011

Title:   AMBER RICHARDS et al. -v- COUNTY OF LOS ANGELES et al.
===================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

    John A. Chambers                                   None Present
    Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


    **COUNSEL ARE NOTIFIED** that on the Court's own motion the ADDITIONAL STATUS CONFERENCE RE: SETTLEMENT (COURT ORDERED 07-13-11) set for December 12, 2011, is hereby VACATED.


MINUTES FORM 11                                                    Initials of Deputy Clerk   JAC
CIVIL -- GEN