JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER RICHARDS; JOHN LOPEZ, <br><br>   Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES; LOS ANGELES DEPARTMENTOF PUBLIC WORKS; MIKE CHOLOKIAN, <br><br>   Defendants. <br> _____ | Case No. CV 09-07657 DDP (OPx) <br><br> **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

  IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending calendar dates are vacated by the Court.  This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 12, 2011

DEAN D. PREGERSON
United States District Judge